MENNASCH KALKSTEIN, Appellant, *v.* BEN E. LANDESS et al., Individually and as Copartners Doing Business under the Name of JAMAICA-RICHAVEN MEDICAL GROUP, Respondents.

Submitted April 9, 1951; decided April 13, 1951.

*Gabriel L. Kaplan* and *Henry G. Van Veen* for motion.
*John J. Halleron, Jr.,* and *Frank J. Faruolo, Jr.,* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.